IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:09-00243 |
| | ) JUDGE HAYNES |
| DAVID A. FLETCHER, | ) ) |
| Defendant. | ) |

**O R D E R**

A status conference is set in this action for **Friday, September 28, 2012 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 28th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge