IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:09-00243 |
| | ) | JUDGE HAYNES |
| DAVID A. FLETCHER | ) | |

### DEFENDANT'S MOTION AS TO CHANGE OF ADDRESS AND RESIDENCE

Defendant David A. Fletcher, by and through undersigned counsel, files this motion concerning a change of address and new residence for Mr. Fletcher. Mr. Fletcher's house that he rented was sold at auction, requiring that he move from the premises. The new address is **209-B Walker Terrace, Nashville, TN 37115**. Mr. Fletcher has communicated this information to the United States Probation Department.

Accordingly, undersigned counsel requests permission from the Court to allow Mr. Fletcher to reside at the new address of **209-B Walker Terrace, Nashville, TN 37115** during the pendency of this action.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER BPR #11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, Tennessee 37201
(615) 256-1008

**ATTORNEY FOR DEFENDANT**

1