IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:09-00243-001 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| DAVID A. FLETCHER | ) | |
| | ) | |

### DEFENDANT'S MOTION FOR A STATUS CONFERENCE

Defendant David A. Fletcher, by and through undersigned counsel, does hereby move to set a status conference. This action was tried before a jury in August 2013, at which time the jury was unable to reach a unanimous verdict and a mistrial was declared by the Court. Since then, an *in camera* hearing was conducted with the foreperson of the jury to assist the parties as to a retrial of Mr. Fletcher. To date, no decision has been formally announced, although counsel for defense has had some discussions with the counsel for the government about a second trial and believes that a second trial is likely. Pending before the Court is Defendant's motion for judgment of acquittal (Docket Entry No. 115) which will need to be ruled upon if the government intends to set a new trial date on the charge of felon in possession of ammunition.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*