UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09-00243 |
| | ) | Chief Judge Haynes |
| DAVID A. FLETCHER, | ) ) | |
| Defendant. | ) ) | |

# ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to sever or in the alternative, motion for recusal (Docket Entry No. 140) is **DENIED,** and the Government's motions for a ruling (Docket Entry Nos. 143 and 146) are **GRANTED**.

**ENTERED** this the ____ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Judge