UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 3:09-cr-00243 |
| v. | ) | CHIEF JUDGE HAYNES |
| DAVID A. FLETCHER, | ) | |
| Defendant. | ) | |

*This motion is GRANTED for the time requested.* [handwritten]

## MOTION TO CONTINUE

The United States respectfully moves this Honorable Court to continue the time for the United States to respond to the defendant's motion to dismiss Counts Two and Three due to prosecutorial misconduct by thirty (30) days. There are numerous factual and legal issues that bear on this motion. The United States needs the additional time to respond. Defense counsel does not object to a continuance.

Respectfully Submitted,
DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: s/ B. H. Boucek
BRADEN H. BOUCEK
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

Page 1 of 2