UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:09-00243 |
|  | ) | Chief Judge Haynes |
| DAVID A. FLETCHER, | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant David A. Fletcher's motion to dismiss Counts Two and Three of the Superseding Indictment (Docket Entry No. 163) is **DENIED**.

It is so **ORDERED**.

ENTERED this ___ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court