IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00243-001 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| DAVID A. FLETCHER | ) | |
| | ) | |

*[Handwritten note: Granted. This motion is granted. The hearing is set for April 11, 2014 at 3:00 pm. /s/ 4-9-14]*

## DEFENDANT'S MOTION FOR CHANGE OF PLEA HEARING

Defendant David Fletcher, by and through undersigned counsel, moves the Court to set a hearing date and time for a change of plea in this action. After consulting with AUSA Boucek, the parties requests the Court set it on Friday afternoon, April 11, 2014.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Defendant's Motion for a Change of Plea Hearing** has been delivered by the Court's CM/ECF system to **Braden H. Boucek, Esq.**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203, on this 9th day of April, 2014.

s/ DAVID L. COOPER
DAVID L. COOPER