IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:09-0243 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| DAVID FLETCHER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the United States's motion to dismiss (Docket Entry No.199), the remaining counts in this action given the parties' plea agreement. This motion is **GRANTED** and the remaining counts are **DISMISSED** in the interests of justice.

It is so **ORDERED**.

ENTERED this the 16th day of April, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court